UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY THOMAS, | ) | CV F- 07-0540 AWI DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | ) | |
| J. DIAZ, et. al., | ) | |
| Defendant. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed on April 6, 2007. On January 28, 2008, the Court issued an order finding that plaintiff stated a cognizable claim for excessive force against defendants Diaz, Rangel, Jordan and Deathridge and did not state another cognizable claims. The Court granted plaintiff an opportunity to file an amended complaint. On February 11, 2008, plaintiff notified the court that he did not wish to file an amended complaint but wanted to proceed on the excessive force claims only. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Diaz, Rangel, Jordan and Deathridge.
2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed April 6, 2007.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Five (5) copies of the endorsed complaint filed April 6, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:** **February 13, 2008**         /s/ **Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE