# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. THOMAS, | CASE NO. 1:07-CV-540-AWI-DLB-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE: DISMISSAL OF CERTAIN CLAIMS |
| v. | |
| J. DIAZ, et al., | (Doc. 11) |
| Defendants. | |

Plaintiff Larry D. Thomas ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 26, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 26, 2008, are adopted in full; and

2. This action is to proceed only against defendants Diaz, Rangel, Jordan, and Deathridge on plaintiff's excessive force claims and all other claims and defendants are HEREBY DISMISSED from the action.

IT IS SO ORDERED.

**Dated:   April 22, 2008**                            /s/ **Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE