UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. THOMAS,<br><br>        Plaintiff,<br><br>   v.<br><br>J. DIAZ, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-CV-540-AWI-DLB-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING DEFENDANT DEATHRIDGE FROM ACTION<br><br>(Doc. 22) |

    Plaintiff Larry Thomas ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 17, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

//

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.   The Findings and Recommendations, filed June 17, 2008, is adopted in full; and

3    2.   Defendant Deathridge is dismissed from this action.

4

5  IT IS SO ORDERED.

6  **Dated:   August 15, 2008**              /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE