IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LARRY THOMAS,                )<br>                              )<br>            Plaintiff,       )<br>                              )<br>    v.                        )<br>                              )<br>J. DIAZ, et al.,             )<br>                              )<br>            Defendants.       )<br>_____) | Case No. 1:07-CV-540-BLW-MHW<br><br>**JUDGMENT** |

The Court previously entered an Order dismissing the claims in this action. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's claims against Defendants Rangel, Jordan, and Catalano are DISMISSED with prejudice; and Plaintiff's claims against Defendants Deathridge and Diaz are DISMISSED without prejudice.

DATED:  **September 8, 2009**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**